

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2018

No. 04-18-00214-CV

**MISSION RIDGE P.U.D. HOMEOWNERS ASSOCIATION, INC.,**
Appellant

v.

Robyn M. **HINES,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI11100
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The record was due May 9, 2018, but it was not filed. The clerk and court reporter have each filed a notification of late record stating the record has not been filed because appellant has not paid or made arrangements to pay the fees to prepare the record and appellant is not entitled to the record without paying the fee.

We order appellant Mission Ridge P.U.D. Homeowners Association to provide written proof to this court by **May 21, 2018** that the clerk's fee and the reporter's fee have been paid or that arrangements satisfactory to the clerk and reporter have been made to pay the fees. If appellant fails to file such proof with respect to the clerk's record within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). If timely proof is filed regarding payment for the clerk's record, but not as to the reporter's record, appellant's brief will be due **June 11, 2018**, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2018.



KEITH E. HOTTLE,
Clerk of Court